C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Claimant
GYMBOREE PLAY PROGRAMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYMBOREE PLAY PROGRAMS, INC., a California corporation,<br><br>Claimant,<br><br>v.<br><br>MICHAEL WANG, an individual,<br><br>Respondent. | No. C 07-2994 EDL<br><br>**PROOF OF SERVICE** |

I, Toby Emerson, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

3. My business address is Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, California 94111.

On June 8, 2007, I served the true copy of the attached document(s) titled exactly

- **PETITION TO COMPEL ARBITRATION**

- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

- **ORDER SETTING INITIAL CASE MANAGEMENT**

-1-

1134.017/329224.1                                             PROOF OF SERVICE FOR PETITION TO COMPEL ARBITRATION
                                                              Case No. C 07-2994 EDL

1                    **CONFERENCE AND ADR DEADLINES**

2         •   **STANDING ORDER**

3         •   **STANDING ORDER RE CASE MANAGEMENT**

4         •   **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

5

6         •   **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

7         •   **ECF REGISTRATION INFORMATION HANDOUT**

on the interested parties in this action as follows:

_____ **BY MAIL:** I am readily familiar with my employer's mail collection and processing practices, know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail, and know that postage thereon is fully prepaid. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope(s) at Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, California 94111, addressed, sealed and charges prepaid as follows:

_____ **BY HAND DELIVERY:** I caused to be delivered such envelope(s) by hand to the address designated below.

   X   **BY FEDERAL EXPRESS:** I am readily familiar with my employer's practice for collection and processing of Federal Express courier service mail, and know that said Federal Express courier service mail is collected and deposited with a facility regularly maintained by Federal Express at San Francisco, California on the same day it is deposited in the interoffice mail. Following ordinary business practice, I placed for collection and delivery to Federal Express such envelope(s) at Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, California 94111, addressed, sealed and charges prepaid, marked for next business day delivery as follows:

Gerald A. Marks, Esq.
Marks & Klein
63 Riverside Ave.
Red Bank, NJ 07701

_____ **BY FACSIMILE:** On June 8, 2007 from my employer's facsimile machine telephone number (415) 956-1152, I transmitted a copy of said document(s) to the following addressee(s) at the following number(s), which is the number last given by that person on a document he or she has filed in this action and served on my employer. The transmission was reported as complete and without error, and a transmission report properly issued by the transmitting machine.

-2-

1   I declare under penalty of perjury under the laws of the United States of America
2 that the foregoing is true and correct and that this declaration was executed on June 8, 2007 at San
3 Francisco, California.

_____
Toby Emerson