C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Claimant
GYMBOREE PLAY PROBRAMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYMBOREE PLAY PROGRAMS, INC., a California corporation,<br><br>　　　　Claimant,<br><br>　　v.<br><br>MICHAEL WANG, an individual,<br><br>　　　　Respondent. | No. C 07-02994 EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(i)] |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), claimant Gymboree Play Programs, Inc. voluntarily dismisses without prejudice the above-captioned action.

DATED: September 10, 2007

　　　　　　　　　　　　　　　　　　BARTKO, ZANKEL, TARRANT & MILLER
　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　C. Griffith Towle
　　　　　　　　　　　　　　　　　　　Attorneys for Claimant
　　　　　　　　　　　　　　　　　　GYMBOREE PLAY PROBRAMS, INC.

-1-